IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY BURNELL SEPT,<br><br>Defendant. | Case No.: CR 20–100 JSW<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT TO MAY 17, 2022<br> AS MODIFIED |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Larry Burnell Sept, scheduled for April 5, 2022, before Honorable Judge Jeffrey S. White, is hereby continued to Tuesday, May 17, 2022, at 12:00 p.m. for status.

IT IS FURTHER ORDERED that the time until May 17, 2022, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence to allow counsel to provide discovery to Mr. Sept, as well as to meet and confer with him regarding the discovery and the case in general.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

The parties shall submit a joint status report by no later than May 10, 2022.

**IT IS SO ORDERED.**

Dated: April 4, 2022

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Judge